UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**FLAVA WORKS, INC.**,

        Plaintiff,        Case No: 1:10-cv-23834-PAS

        vs.

**ROJE ON HOLIDAY INC.**, d/b/a Chocolate Drop
Entertainment, d/b/a/ ChocolateDrop.com, d/b/a
DawgPoundUsa.com, d/b/a DawgPoundUsa Media, d/b/a PapiThugz.com,
d/b/a Thugzilla.com, AND
**ANTHONY COLLINS, ROY COLLINS,**
**LADON DODDS JR.**, AND **M. KNIGHT,**

        Defendants.
_____/

**NOTICE OF FILING EXHIBITS IN SUPPORT OF COMPLAINT**

**YOU ARE HEREBY NOTIFIED** and the Plaintiff, FLAVA WORKS, INC., hereby files this Notice of Filing Exhibits in Support of Complaint as the 5.0MB size limit was exceeded when all Exhibits were attached with the Complaint as filed. As such, the attached documents/exhibits relate directly to those as indicated in the Complaint [D.E. 1].

Dated: October 25, 2010

        Respectfully submitted,

        s/Jonathan J. Warrick
        Jonathan J. Warrick, Esq.
        Florida Bar No. 37248
        Mirta Desir, Esq,
        Florida Bar No.: *Pending*
        Attorneys for Plaintiff
        Flava Works, Inc.
        2610 North Miami Ave.
        Miami, FL 33127
        Email: jon@warricklaw.com
        E-mail: mdesir@gmail.com
        Facsimile: 305.438.9470