UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:10-cv-23834-PAS/ AMS

**FLAVA WORKS, INC.,**

  Plaintiff,

v.

**ROJE ON HOLIDAY INC.,** *et. al.,*

  Defendants.

_____/

## ORDER GRANTING EXTENSION OF TIME

  This matter is before the Court on Plaintiff's Motion for an Extension of Time to File Joint Scheduling Report Until Proper Service of Process Has Been Effectuated [D.E. 15], in which Plaintiff seeks ninety (90) days to effectuate service and thirty (30) days thereafter to file the Joint Scheduling Report. Upon consideration, it is hereby

  ORDERED that Plaintiff's Motion for an Extension of Time to File Joint Scheduling Report Until Proper Service of Process Has Been Effectuated [D.E. 15] is GRANTED. Plaintiff shall serve all Defendants 90 days from this Order and the parties shall file their Joint Scheduling Report 30 days after service is effectuated.

  DONE and ORDERED in Miami, Florida, this _____ day of April, 2011.

_____
PATRICIA A. SEITZ
UNITED STATE DISTRICT JUDGE

cc: All Counsel of Record