UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:10-cv-23834-PAS/ AMS

**FLAVA WORKS, INC.,**

    Plaintiff,

v.

**ROJE ON HOLIDAY INC.,** *et. al.*,

    Defendants.
_____/

## ORDER GRANTING EXTENSION OF TIME

This matter is before the Court on Plaintiff's Motion for an Extension of Time to File Joint Scheduling Report Until Proper Service of Process Has Been Effectuated [D.E. 15], in which Plaintiff seeks ninety (90) days to effectuate service and thirty (30) days thereafter to file the Joint Scheduling Report. Upon consideration, it is hereby

ORDERED that Plaintiff's Motion for an Extension of Time to File Joint Scheduling Report Until Proper Service of Process Has Been Effectuated [D.E. 15] is GRANTED. Plaintiff shall serve all Defendants by **July 15, 2011** and the parties shall file their Joint Scheduling Report by **August 15, 2011.**

DONE and ORDERED in Miami, Florida, this __15__ day of April, 2011.

                                            PATRICIA A. SEITZ
                                            UNITED STATE DISTRICT JUDGE

cc: All Counsel of Record