UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 10-CV-23834-SEITZ/O'SULLIVAN

**FLAVA WORKS, INC.**,

    Plaintiff,

vs.

**ROJE ON HOLIDAY INC.**, d/b/a Chocolate Drop Entertainment, d/b/a/ ChocolateDrop.com, d/b/a DawgPoundUsa.com, d/b/a DawgPoundUsa Media, d/b/a PapiThugz.com, d/b/a Thugzilla.com, and **ANTHONY COLLINS, ROY COLLINS, LADON DODDS JR.**, AND **M. KNIGHT**,

    Defendants.
_____/

## NOTICE OF STRIKING

**COMES NOW**, Counsel for Plaintiff, Stacy-Ann Frater, Esq. ("Counsel"), hereby files this Notice to Strike Counsel's incorrect Notice of Appearance, appearing on the Docket as Docket Entry No. 20. In support hereof, avers the following:

1. The undersigned counsel filed her Notice of Appearance via CM/ECF on June 16, 2011. However, the undersigned inadvertently attached the incorrect notice in the above-styled.

2. For this reason the undersigned hereby request that the filing appearing on the Docket as Docket Entry No. 20 be stricken and a corrective notice will be filed shortly thereafter.

Dated: June 17, 2011.

STACY-ANN FRATER, ESQ. 41021
frater.stacyann@gmail.com
P.O. Box 611214
Miami, Florida 33261
2610 North Miami Avenue
Miami, Florida 33127
Tel.: 800-357-0576

## CERTIFICATE OF SERVICE

**I CERTIFY** that on the 17th day of June 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_____