UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 1:10-cv-23834-PAS

FLAVA WORKS, INC.,

                Plaintiff,

v.

ROJE ON HOLIDAY INC., *et al.*,

                Defendants.
_____/

## ORDER GRANTING EXTENSION

This matter is before the Court on the Plaintiff's Motion to Deem Service Upon Defendants Successful, or in the Alternative Motion for Extension of Time to File Joint Scheduling Report to Allow Service By Publication Upon Defendants [DE-25]. Plaintiff states that it has been unable to serve Defendants and seeks to have the Court deem the Defendants served or grant an extension of time to serve Defendants and file a Joint Scheduling Report. Upon consideration, it is hereby

ORDERED that Plaintiff's Motion to Deem Service Upon Defendants Successful, or in the Alternative Motion for Extension of Time to File Joint Scheduling Report to Allow Service By Publication Upon Defendants [DE-25] is GRANTED in part and DENIED in part:

    a) Plaintiff's Motion to Deem Service Upon Defendants Successful is DENIED.

    b) Plaintiff's Motion for Extension of Time to File Joint Scheduling Report to Allow Service By Publication Upon Defendants [DE-25] is GRANTED.[1] The parties shall file their Joint Scheduling Report by **August 26, 2011.**

DONE and ORDERED in Miami, Florida, this 5th day of July 2011.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record

---

[1] The Court is not ruling on whether service by publication is appropriate in this case.