UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No: 1:10-cv-23834-PAS

FLAVA WORKS, INC.,

        Plaintiff,

v.

ROJE ON HOLIDAY INC., *et al.*,

        Defendants.

_____/

## ORDER DENYING MOTION FOR SERVICE OF PROCESS BY PUBLICATION

This matter is before the Court on Plaintiff's Motion for Service of Process Upon Defendants By Publication [DE-32], in which Plaintiff seeks a Court order permitting service of process on Defendants by publication. While Florida Statute § 49.021 permits service of process by publication, it does not require a Court order for such service. Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Service of Process Upon Defendants By Publication [DE-32] is DENIED.

DONE and ORDERED in Miami, Florida, this 18th day of July, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record