UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 10-CV-23834-SEITZ/O'SULLIVAN

FLAVA WORKS, INC.
    Plaintiff,

Vs.

ROJE ON HOLIDAY INC., d/b/a Chocolate
Entertainment, d/b/a ChocolateDrop.com, d/b/a
DawgPoundUsa.com, d/b/a DawgPoundUsa Media,
d/b/a Thugzilla.com AND ANTHONY COLLINS,
ROY COLLINGS, LADON DODDS JR., AND
M. KNIGHT,
    Defendants.
_____/

## NOTICE OF APPEARANCE

    ANDERSON | PINKARD, P.A., and counsel, Daniel W. Anderson, Esquire and Eric C. Pinkard, Esquire, hereby notice their appearance on behalf of Defendants, ROJE ON HOLIDAY INC., d/b/a Chocolate Entertainment, d/b/a ChocolateDrop.com, d/b/a DawgPoundUsa.com, d/b/a DawgPoundUsa Media, d/b/a Thugzilla.com, ANTHONY COLLINS, ROY COLLINGS and LADON DODDS JR. Counsel requests that all pleadings, notices, and correspondence in the above-styled cause, be directed to the undersigned at the address below.

**ANDERSON | PINKARD**

*/s/ Daniel W. Anderson*

Daniel W. Anderson, Esq.
Florida Bar No.: 490873
Eric C. Pinkard, Esq.
Florida Bar No.: 651443
13577 Feather Sound Drive, Suite 670
Clearwater, FL 33762
Tel. (727) 329-1999
Fax (727) 329-1499
E-Mail: danderson@floridalawpartners.com
E-Mail: epinkard@floridalawpartners.com

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of August, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will provide electronic notice of such filing to all counsel of record below:

Jonathan J. Warrick, Esq.
Mirta Desir, Esq.
2610 North Miami Avenue
Miami, Florida  33127

/s/ Daniel W. Anderson, Esq.
Daniel W. Anderson, Esq.
Florida Bar No.: 490873