UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No: 1:10-cv-23834-PAS

**FLAVA WORKS, INC.,**

Plaintiff,

v.

**ROJE ON HOLIDAY INC.,** *et al.,*

Defendants.

_____/

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. A review of the record indicates that the complaint in this matter was filed on October 24, 2010. While the record indicates that Plaintiff has attempted to serve Defendants, nothing in the record indicates that Defendants have been served. Furthermore, if Defendants have been served, the parties have failed to file their Joint Scheduling Report. Accordingly, it is hereby

ORDERED that by **December 16, 2011** Plaintiff shall show cause why this matter should not be dismissed for failure to serve Defendants. If Defendants have been served, the parties shall file their Joint Scheduling Report by **December 16, 2011.**

DONE and ORDERED in Miami, Florida, this _____ day of December, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record