UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No: 1:10-cv-23834-PAS

FLAVA WORKS, INC.,

        Plaintiff,

v.

ROJE ON HOLIDAY INC., *et al.*,

        Defendants.
_____/

### ORDER GRANTING EXTENSION OF TIME

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time to File its Response to Defendants' Motions to Dismiss [DE-48], in which Plaintiff seeks 5 additional business days. Upon consideration, it is hereby

ORDERED that Unopposed Motion for Extension of Time to File its Response to Defendants' Motions to Dismiss [DE-48] is GRANTED. Plaintiff shall file its responses by **January 3, 2012.**

DONE and ORDERED in Miami, Florida, this 19th day of December, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record