UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 1:10-cv-23834-PAS

**FLAVA WORKS, INC.,**

        Plaintiff,

v.

**ROJE ON HOLIDAY INC.,** *et al.,*

        Defendants.
_____/

## ORDER REQUIRING SUPPLEMENT TO JOINT SCHEDULING REPORT

This matter is before the Court on the parties' Joint Scheduling Report [DE-47]. Upon review of the Report, the parties have failed to provide the information required by paragraphs 3.A., 3.B., and 3.C. of the Order Requiring Joint Scheduling Report [DE-9]. Accordingly, it is hereby

ORDERED that by **January 17, 2012,** the parties shall file a supplement to the Joint Scheduling Report that provides the above-referenced information.

DONE and ORDERED in Miami, Florida, this 5th day of January, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record