UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:10-CV-23834-PAS/ SIMONTON

FLAVA WORKS, INC.,

    Plaintiff,

v.

ROJE ON HOLIDAY INC., d/b/a Chocolate Drop
Entertainment, d/b/a/ ChocolateDrop.com, d/b/a
DawgPoundUsa.com, d/b/a DawgPoundUsa Media, d/b/a PapiThugz.com,
d/b/a Thugzilla.com, AND
ANTHONY COLLINS, ROY COLLINS,
LADON DODDS JR., AND M. KNIGHT,

    Defendants.
_____/

FILED by RAL D.C.
APR 04 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## NOTICE OF SELECTION OF MEDIATOR

Pursuant to Federal Rule of Civil Procedure 16(c), Southern District of Florida Local Rule 16.2, and this Court's Order of Mediation [DE 65], the parties hereby give notice that:

1. The parties have conferred and agreed upon Irwin Block as mediator.

2. A proposed order scheduling mediation is attached as Exhibit "A."

3. Plaintiffs have conferred with Defendants regarding the proposed order scheduling mediation attached as Exhibit "A," and Defendants agree to its contents and its filings.

Dated this 2nd day of April 2012.

Respectfully submitted,

/s/ Mirta Desir
Mirta Desir, Esq. (90103)

/s/ Daniel W. Anderson
Daniel W. Anderson, Esq. (490873)

| | |
|---|---|
| mdesir@desirlaw.com<br>Desir & Associates, P.C.<br>P.O. Box 1052<br>West Palm Beach, Florida 33402-1052<br>Telephone: 800.982.5282<br>Facsimile: 305.397.1413<br><br>Stacy-Ann Frater, Esq. (41021)<br>frater.stacyann@gmail.com<br><br>Attorneys for Plaintiff,<br>Flava Works | Anderson \| Pinkard<br>13577 Feather Sound Drive<br>Suite 670<br>Clearwater, FL 32751<br>Telephone No.: (727) 329-1999<br>Facsimile No.: (727) 329-1499<br><br>Attorney for Defendants |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:10-CV-23834-PAS/ SIMONTON

**FLAVA WORKS, INC.,**

      Plaintiff,

v.

**ROJE ON HOLIDAY INC.**, d/b/a Chocolate Drop
Entertainment, d/b/a/ ChocolateDrop.com, d/b/a
DawgPoundUsa.com, d/b/a DawgPoundUsa Media, d/b/a PapiThugz.com,
d/b/a Thugzilla.com, AND
**ANTHONY COLLINS, ROY COLLINS,**
**LADON DODDS JR.**, AND **M. KNIGHT,**

      Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Irwin J. Block on 4th October 2012 at

10 a.m. at 700 South Federal Highway, Suite 200, Boca Raton, FL 33432



DONE AND ORDERED at Miami, Florida, this _____ day of April, 2012.


                                                                      _____
                                                                     PATRICIA A. SEITZ
                                                                     UNITED STATES DISTRICT JUDGE