UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No: 1:10-cv-23834-PAS

**FLAVA WORKS, INC.,**

          Plaintiff,

v.

**ROJE ON HOLIDAY INC.,** *et al.,*

          Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. Upon review of the record, the Court notes that the parties have not selected a place, date, and time for mediation, pursuant to Paragraph 4 this Court's January 31, 2012 Order [DE-65]. The parties had sixty (60) days from the date of that Order to file the form order attached thereto but the parties have not done so. Furthermore, the Court, on April 5, 2012, issued an Order Requiring Compliance With Prior Order [DE-73], requiring the parties to file their proposed Order Scheduling Mediation by April 20, 2012. The parties have not done so. Accordingly, it is hereby

ORDERED that the parties shall have until **May 11, 2012**, to (1) file their proposed Order Scheduling Mediation; **and** (2) show good cause as to why the Court should not impose sanctions for failing to comply with the Court's prior Orders. Failure to comply with this Order shall result in the imposition of sanctions against the offending party or parties, including but not limited to final dismissal of this action.

DONE and ORDERED in Miami, Florida, this 26th day of April, 2012.

                                    PATRICIA A. SEITZ
                                    UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record