UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No: 1:10-cv-23834-PAS

**FLAVA WORKS, INC.,**

Plaintiff,

v.

**ROJE ON HOLIDAY INC.,** *et al.,*

Defendants.

_____/

## ORDER VACATING ORDER TO SHOW CAUSE

THIS MATTER is before the Court on Plaintiff's Response to Order to Show Cause [DE-83]. The Court issued its April 26, 2012 Order to Show Cause because the parties had not selected a place, date, and time for mediation, pursuant to Paragraph 4 of this Court's January 31, 2012 Order [DE-65]. The parties have now done so. Accordingly, it is hereby

ORDERED that the Court's April 26, 2012 Order to Show Cause [DE-82] is VACATED.

DONE and ORDERED in Miami, Florida, this ____ day of May, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record