UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No: 1:10-cv-23834-PAS

**FLAVA WORKS, INC.,**

    Plaintiff,

v.

**ROJE ON HOLIDAY INC.,** *et al.,*

    Defendants.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal [DE-90], in which Plaintiff dismisses Defendant Roje on Holiday, Inc. Upon consideration, it is

ORDERED that Defendant Roje on Holiday, Inc is DISMISSED without prejudice.

DONE and ORDERED in Miami, Florida, this 21st day of May, 2012.

              PATRICIA A. SEITZ
              UNITED STATES DISTRICT JUDGE

cc:  All Counsel of Record