UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No: 1:10-cv-23834-PAS

**FLAVA WORKS, INC.,**

Plaintiff,

v.

**ROJE ON HOLIDAY INC.,** *et al.,*

Defendants.
_____/

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. Upon review of the record, it appears that Defendant M. Knight has never been served. Federal Rule of Civil Procedure 4(m) requires service of a defendant within 120 days of filing the complaint. The complaint in this matter was filed on October 24, 2010. Accordingly, it is

ORDERED that by **May 30, 2012,** Plaintiff shall show cause why this matter should not be dismissed as to Defendant M. Knight or shall file a notice of dismissal. <u>Failure to timely respond to this Order shall result in dismissal of all claims against M. Knight.</u>

DONE and ORDERED in Miami, Florida, this 21st day of May, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record