UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No: 1:10-cv-23834-PAS

**FLAVA WORKS, INC.,**

        Plaintiff,

v.

**ROJE ON HOLIDAY INC.,** *et al.,*

        Defendants.
_____/

## ORDER DENYING MOTION TO ENFORCE SETTLEMENT AGREEMENT

This matter is before the Court on Defendants' Motion to Enforce Settlement Agreement [DE-96]. A review of the record indicates that all Defendants in this matter have been dismissed and the case is closed. The Court did not retain jurisdiction to enforce any settlement agreement between the parties. In fact, the parties never notified the Court that a settlement had been reached. Defendants Anthony Collins, Ladon Dodds, Jr., and Roy Collins were dismissed by the Court for lack of personal jurisdiction. Defendant Roje on Holiday, Inc. was voluntarily dismissed by Plaintiff and Defendant M. Knight was dismissed by the Court for failure to serve. Accordingly, it is

ORDERED that Defendants' Motion to Enforce Settlement Agreement [DE-96] is DENIED.

DONE and ORDERED in Miami, Florida, this 23rd day of August, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record